IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANELLE JOSEPH, § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | No. 3:15-CV-2443-K | |
| § | | |
| CITY OF CEDAR HILL POLICE § | | |
| DEPARTMENT, et al., § | | |
|     Defendants. § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's intentional infliction of emotional distress claim be **DISMISSED WITHOUT PREJUDICE**, and that all other claims be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted. *See* [28 U.S.C. § 1915(e)(2)(B)](#).

SO ORDERED.

Signed April 14th, 2016.

                                                    _____
                                                    ED KINKEADE
                                                    UNITED STATES DISTRICT JUDGE